**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MIRANDA N. COWAN**                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:18-CV-00668 BSM**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security**                           **DEFENDANT**

## ORDER

After carefully reviewing the record, United States Magistrate Judge Joe J. Volpe's

recommended disposition [Doc. No. 13] is adopted, the Commissioner's decision is affirmed,

and this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May 2019.


                                            _____
                                            UNITED STATES DISTRICT JUDGE